389 A.2d 177

Commonwealth v. Peterson, Appellant.

Submitted November 16, 1976. Bruce M. Johnson, for appellant; Douglas W. Ferguson, Assistant District Attorney, and Robert S. Bailey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.